Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

John Dahlberg, SBN 85122
**DILLINGHAM & MURPHY, LLP**
225 Bush Street 6th Floor
San Francisco, CA 94101-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorney for Defendant
Safeway, Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| Sarah Watchers, | Case No. 2:09-cv-02404-JAM-KJM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE FILING OF JOINT STATUS CONFERENCE STATEMENT DUE TO PENDING SETTLEMENT DISCUSSIONS; ORDER** |
| Safeway, Inc., *et al.*, | |
| Defendants. | |

The parties to this action, Plaintiff Sarah Watchers and Defendant Safeway Inc., stipulate and agree that the Initial Status Conference Joint Statement, presently set for filing November 10, 2009, should be filed 30 days

PDF created with pdfFactory trial version www.pdffactory.com

thereafter, on or before December 10, 2009, to allow the parties to conclude settlement and issue-narrowing discussions which commenced in October. There is presently no date set for the Initial Case Management Conference.

Dated: November 10, 2009          DISABLED ADVOCACY GROUP, APLC


                                  */s/ Lynn Hubbard, III, Esquire*
                                  LYNN HUBBARD, III
                                  Attorney for Plaintiff


Dated: November 10, 2009          DILLINGHAM & MURPHY, LLP


                                  */s/ John Dahlberg, Esquire*
                                  JOHN DAHLBERG
                                  Attorney for Defendant
                                  Safeway, Inc. and authorized to sign
                                  specially for Defendants Nicholas and Diane Speno


## **ORDER**

GOOD CAUSE APPEARING, the parties may file the Joint Status Report on or before December 10, 2009.


Dated:  11/16/2009                /s/ John A. Mendez
                                  United States District Court Judge

Stipulation to Continue Filing of Joint Status Conference Stmt; Order.
*Watchers v. Safeway, Inc., et al.,*                    Case No. 2:09-cv-02404-JAM-KJM
- 2 -

PDF created with pdfFactory trial version www.pdffactory.com