LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

JOHN N. DAHLBERG, SBN 085122
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendants
Safeway Inc.; Nicholas A. Speno;
and Diane M. Speno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS, | Case No. 2:09-cv-02404-JAM-KJM |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL and ORDER THEREON |
| SAFEWAY INC., et al., | |
| Defendants. | |

Stipulation for Dismissal and [Proposed]   *Watchers v. Safeway Inc., et al.*
Order Thereon                              Case No. 2:09-cv-02404-JAM-KJM

- 1 -

TO THE COURT AND TO ALL PARTIES:

Plaintiff, SARAH WATCHERS, and defendants, SAFEWAY INC.; NICHOLAS A. SPENO; and DIANE M. SPENO, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 15, 2010                    DISABLED ADVOCACY GROUP, APLC

                                                                           */s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Sarah Watchers

Dated: October 15, 2010                    DILLINGHAM & MURPHY, LLP

                                                                            */s/ John N. Dahlberg*
JOHN N. DAHLBERG
Attorney for Defendants Safeway Inc.; Nicholas A. Speno; and Diane M. Speno

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-02404-JAM-KJM, is hereby dismissed with prejudice.

Dated: October 19, 2010
                                    /s/ John A. Mendez
                                    United States District Court Judge